HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JORGE ALTAMIRANO ZARATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-104 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| JORGE ALTAMIRANO ZARATE, Defendant. | ) ) ) ) ) | Date:   June 18, 2020 Time:   9:30 a.m. Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Vincenza Rabenn,  attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Jorge Altamirano Zarate, that the status conference date of June 18, 2020, be vacated and the matter be set for status conference on September 3, 2020 at 9:30 a.m, at the defendants' request.

To date, counsel for the defendant has been provided 11 discs of multimedia discovery as well as over 900 Bates-stamped pages of documentary discovery. Counsel for the defendant requires time to review discovery, conduct independent investigation, and meet with her client to review the material. Mr. Altamirano-Zarate is currently incarcerated at the Sacramento County Jail.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation to Continue Status Conference               -1-

excluded from this order's date through and including September 3, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  June 16, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
JORGE ALTAMIRANO ZARATE

Dated: June 16, 2020

MCGREGOR SCOTT
United States Attorney

*/s/ Vincenza Rabenn*
VINCENZA RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue Status Conference   -2-

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including September 3, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 18, 2020 status conference shall be continued until September 3, 2020, at 9:30 a.m.

Dated: June 16, 2020

Troy L. Nunley
United States District Judge