**FILED**
July 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALTAMARINO ZARATE,<br><br>Defendant. | Case No. 2:19CR00104-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORGE ALTAMARINO ZARATE ,

Case No.  2:19CR00104-TLN  Charge 21USC § 846, 841(a)(1) , from custody for the following reasons:

        _____    Release on Personal Recognizance

        _____    Bail Posted in the Sum of $ _____

          xx        Unsecured Appearance Bond $   25,000.00

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

           X       (Other): Pretrial conditions as stated on the record.

**The defendant shall be released on 7/17/2020 at 10:00 a.m. to the Pretrial Services Officer.**

Issued at Sacramento, California on July 16, 2020 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire