```
HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JORGE ALTAMIRANO ZARATE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:19-cr-104 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) |
| JORGE ALTAMIRANO ZARATE, | ) Date:    September 3, 2020 ) Time:    9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Vincenza Rabenn, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Jorge Altamirano Zarate, that the status conference date of September 3, 2020, be vacated and the matter be set for status conference on September 10, 2020 at 9:30 a.m, at the defendants' request. Counsel for the respective parties are not seeking an exclusion of time under the Speedy Trial Act.

///

///

///

///

Stipulation to Continue Status Conference                -1-

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 1, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE ALTAMIRANO ZARATE |
| Dated: September 1, 2020 | MCGREGOR SCOTT<br>United States Attorney |
| | */s/ Vincenza Rabenn*<br>VINCENZA RABENN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, orders the September 3, 2020 status conference shall be continued until September 10, 2020, at 9:30 a.m.

Dated: September 1, 2020

Troy L. Nunley
United States District Judge