HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
JORGE ALTAMIRANO ZARATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JORGE ALTAMIRANO ZARATE,<br>         Defendant. | Case No.  2:19-cr-104 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   September 10, 2020<br>Time:   9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Vincenza Rabenn, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Jorge Altamirano Zarate, that the status conference date of September 10, 2020, be vacated and the matter be set for status conference on September 24, 2020 at 9:30 a.m, at the defendants' request. Counsel for the respective parties are not seeking an exclusion of time under the Speedy Trial Act.

The parties further request that the following briefing schedule be adopted, following the government's Motion to Dismiss (filed September 9, 2020 at CR 76):

//


//

Stipulation to Continue Status Conference             -1-

Defense Opposition/non-Opposition: due on or before September 11, 2020

Government Reply: due on or before September 15, 2020

Respectfully submitted,

Dated:  September 9, 2020                    HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Hannah Labaree*
                                             HANNAH LABAREE
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JORGE ALTAMIRANO ZARATE

Dated: September 9, 2020                     MCGREGOR SCOTT
                                             United States Attorney

                                             /s/ *Vincenza Rabenn*
                                             VINCENZA RABENN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Stipulation to Continue Status Conference      -2-

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, orders the September 10, 2020 status conference shall be continued until September 24, 2020, at 9:30 a.m. and adopts the briefing schedule as set forth in the stipulation.

Dated: September 14, 2020

Troy L. Nunley
United States District Judge

Stipulation to Continue Status Conference -3-